### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. 04-CR-30142-MJR |
| ) | |
| **BERND WOLFGANG GOGOL** ) | |
| ) | |
| **Defendant.** ) | |

### ORDER

**REAGAN, District Judge:**

A six-count indictment charged Defendant Bernd Wolfgang Gogol with receipt of child pornography via the internet and possession of child pornography, violations of **18 U.S.C. §§ 2252(a)(2) and 2252(a)(4)(B)**. On November 22, 2004, Gogol plead not guilty to all charges. Subsequently, at a change of plea hearing held before this Court on April 22, 2005, Gogol withdrew his not-guilty plea and plead guilty to counts 1-6 of the indictment.

On September 9, 2005, the Court held the sentencing hearing for Gogol. At this hearing, the Court noted that Gogol was not informed correctly at the April 22, 2005 plea hearing that the statutory minimum penalty for Count 1 was a term of sixty months. Out of concern that this omission might render Gogol's plea to Count 1 constitutionally infirm, the Court allowed Gogol to withdraw his plea.

Without objection, Gogol orally moved to withdraw his guilty plea. Pursuant to **FEDERAL RULE OF CRIMINAL PROCEDURE 11(d)(2),** the Court hereby **GRANTS** this motion and

sets this matter for trial on <u>October 31, 2005 at 9:00 a.m</u>   All parties shall file motions in limine pertaining thereto on or before <u>September 30, 2005.</u>   The Court hereby sets the final pre-trial conference for <u>October 7, 2005 at 2:30 p.m.</u>

**IT IS SO ORDERED.**

**DATED this 9th   day of September, 2005.**

<u>s/ Michael J. Reagan</u>
**MICHAEL J. REAGAN**
**United States District Judge**
